**Order entered December 1, 2016**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-01027-CV

### MARK MILLS, Appellant

### V.

### DAVID CARLOCK, ATTORNEY AT LAW; BLAISE GORMLEY, ATTORNEY AT LAW; JACKIE MILANDER, ATTORNEY AT LAW; AND D/B/A CARLOCK-GORMLEY-HIGHT, Appellees

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-16-02498-D**

## ORDER

Before the Court is appellees' November 28, 2016 motion for extension of time to file appellees' brief. We **GRANT** appellees' motion and **ORDER** the brief filed by **DECEMBER 13, 2016**.

/s/    CRAIG STODDART
        JUSTICE